1   Jeffrey D. Cawdrey (SBN: 120488)
    jcawdrey@grsm.com
2   Kathryn M.S. Catherwood, (SBN: 149170)
    kcatherwood@grsm.com
3   GORDON REES SCULLY MANSUKHANI, LLP
    101 W. Broadway, Suite 2000
4   San Diego, CA 92101
    Telephone: (619) 544-7240
5   Facsimile: (619) 696-7124

6   Attorneys for Defendant
    AXOS BANK

**FILED & ENTERED**

**FEB 22 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

7

8

9                  UNITED STATES BANKRUPTCY COURT

10        CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

11   In re:                                    ) CASE NO. 2:20-bk-10654-VZ
                                               )
12   CACHET FINANCIAL SERVICES, a              ) CHAPTER  11
     California corporation,                   )
13                                             ) Adv. Pro. No.:  2:22-ap-01025-VZ
                                               )
14              Reorganized Debtor.            )
                                               )
15                                             )
                                               )
16   _____           )
                                               ) Judge:  Hon. Vincent P. Zurzolo
17   CACHET FINANCIAL SERVICES, a              )
     California corporation,                   ) **ORDER APPROVING**
18                                             ) **STIPULATED PROTECTIVE**
                                               ) **ORDER AS BETWEEN CACHET**
19              Plaintiff,                     ) **FINANCIAL SERVICES AND**
                                               ) **AXOS BANK**
20                                             )
                                               )
21        v.                                   )
                                               )
22   AXOS BANK, a federal savings bank,        )
                                               )
23                                             )
                Defendant.                     )
24   _____           )

25   / / /

26   / / /

27   / / /

28   / / /

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

The Court has read and considered the Stipulation and Proposed Protective Order Re Confidential Information as Between Cachet Financial Services and Axos Bank ("Stipulation").

Good cause appearing,

**IT IS ORDERED THAT** the Stipulation is Approved.

###

Date: February 22, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge